NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In re Guardianship of Carlton Howard. | ) |
| | ) |
| | ) |
| MARY ANN HOWARD ADAMS and WANDA FAYE HOWARD, | ) ) ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | )    Case No. 2D16-2316 |
| | ) |
| CARLTON HOWARD, | ) |
| | ) |
| Appellee. | ) |
| | ) |

Opinion filed February 15, 2017.

Appeal from the Circuit Court for Polk
County; Ellen S. Masters, Judge.

Keith D. Miller of Boswell & Dunlap,
LLP, Bartow, for Appellants.

Ralph H. Schofield, Jr., of Schofield.
Law, P.A., Lakeland, for Appellee.


PER CURIAM.


Dismissed as an appeal from a nonfinal, nonappealable order. See Fla. R.

App. P. 9.170(b)(23); SP Healthcare Holdings, LLC v. Surgery Ctr. Holdings, LLC, 41

Fla. L. Weekly D2733, D2735 (Fla. 2d DCA Dec. 9, 2016); Salem v. Abram, 868 So. 2d

1213, 1214 (Fla. 2d DCA 2004); Garcia v. Valladares, 99 So. 3d 518, 518 (Fla. 3d DCA 2011).

NORTHCUTT, WALLACE, and BLACK, JJ., Concur.